IN RE CHRISTOPHER D. WYMAN    CASE NO: 12-32264

Debtor(s)

# EXHIBIT NO: 3

THE DEPONENT MUST BE SERVED AT LEAST 14 CALENDAR DAYS PRIOR TO HEARING.

Approved, SCAO

Original - Return
1st copy - Witness
2nd copy - File
3rd copy - Extra

| STATE OF MICHIGAN<br>53RD JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | SUBPOENA<br>Order to Appear and/or Produce | CASE NO.<br>09-4485-GC |
|---|---|---|

Police Report No. (if applicable)   Court address
204 S. HIGHLANDER WAY, STE 1, HOWELL, MI 48843   Court telephone no. 517-548-1000

| Plaintiff(s)/Petitioner(s)<br>☐ People of the State of Michigan<br>☑ BARBARA DUGGAN | v | Defendant(s)/Respondent(s)<br>CHRIS WYMAN d/b/a/ CD WYMAN |
|---|---|---|
| ☑ Civil   ☐ Criminal | | Charge |
| ☐ Probate   In the matter of | | |

In the Name of the People of the State of Michigan. TO:

CHRIS WYMAN d/b/a/ CD WYMAN 6241 W. GRAND RIVER, BRIGHTON MI

If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangements.

**YOU ARE ORDERED:**

☑ 1. to appear personally at the time and place stated below: You may be required to appear from time to time and day to day until excused.

☑ The court address above   ☐ Other:

| Day<br>TUESDAY | Date<br>APRIL 24, 2012 | Time<br>10:00 AM |
|---|---|---|

☐ 2. Testify at trial / examination / hearing.

☑ 3. Produce/permit inspection or copying of the following items: SEE ATTACHED

☑ 4. Testify as to your assets, and bring with you the items listed in line 3 above.

☑ 5. Testify at deposition.

☑ 6. MCL 600.6104(2), 600.6116, or 600.6119 prohibition against transferring or disposing of property is attached.

☑ 7. Other: CONTINUING THEREAFTER DAY TO DAY UNTIL COMPLETE

☑ 8.
| Person requesting subpoena<br>MICHAEL E. TINDALL P29090 | Telephone no.<br>(313) 638-7613 |
|---|---|
| Address<br>PO BOX 46564 | |
| City<br>MOUNT CLEMENS | State<br>MI | Zip<br>48046 |

NOTE: If requesting a debtor's examination under MCL 600.6110, or an injunction under item 6. this subpoena must be issued by a judge. For a debtor examination, the affidavit of debtor examination on the other side of this form must also be completed. Debtor's assets can also be discovered through MCR 2.305 without the need for an affidavit of debtor examination or issuance of this subpoena by a judge.

**FAILURE TO OBEY THE COMMANDS OF THE SUBPOENA OR APPEAR AT THE STATED TIME AND PLACE MAY SUBJECT YOU TO PENALTY FOR CONTEMPT OF COURT.**

Date: 4/5/12   Judge/Clerk/Attorney   Bar no. (035707)

Court use only   ☐ Served   ☐ Not served

MC 11 (6/04) SUBPOENA, Order to Appear and/or Produce   MCL 600.1455, 600.1701, 600.6110, 600.6119, MCR 2.506

|  | SUBPOENA |
|---|---|
| PROOF OF SERVICE | Case No. 09-4485-GC |

TO PROCESS SERVER: You must make and file your return with the court clerk. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NON-SERVICE

☐ **OFFICER CERTIFICATE**
I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party [MCR 2.104(A)(2)], and that: (notarization not required)

OR

☑ **AFFIDAVIT OF PROCESS SERVER**
Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required)

☐ I served a copy of the subpoena, together with __INJUNCTION, STATUTE AND DOC. LIST__ (including any required fees) by
                                                                    Attachment
☑ personal service   ☐ registered or certified mail (copy of return receipt attached)   on:

| Name(s) | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |

☐ I have personally attempted to serve the subpoena and required fees, if any, together with _____
on the following person and have been unable to complete service.                        Attachment

| Name(s) | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |

| Service fee $ | Miles traveled | Mileage fee $ | Total fee $ |
|---|---|---|---|

Signature _____

Title _____

Subscribed and sworn to before me on _____, _____ County, Michigan.
                                        Date
My commission expires: _____  Signature: _____
                        Date                        Deputy court clerk/Notary public
Notary public, State of Michigan, County of _____

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the subpoena and required fees, if any, together with _____
                                                                                            Attachment
_____ on _____
                    Day, date, time
Signature _____ on behalf of _____

### AFFIDAVIT FOR JUDGMENT DEBTOR EXAMINATION

I request that the court issue a subpoena which orders the party named on this form to be examined under oath before a judge concerning the money or property of:
for the following reasons:
JUDGMENT FOR $8,026.12 PLUS ACCRUED STATUTORY INTEREST AND COSTS OF COLLECTION REMAINS UNPAID, WRIT UNSATISFIED

Signature _[signed]_

Subscribed and sworn to before me on _____, _____ County, Michigan.
                                        Date
My commission expires: _____  Signature: _____
                        Date                        Deputy court clerk/Notary public
Notary public, State of Michigan, County of _____

MCR 2.105

## YOU ARE ORDERED TO PRODUCE FOR INSPECTION AND COPYING:

1. All bank statements, payment records, check registers, cancelled checks, receipts, wire transfer advice/confirmations/records, debit advice/records, receipt log entries, copies of personal/certified/cashier/bank checks, promissory notes, showing payments made or received by or on behalf of:

    CHRIS WYMAN
    WD WYMAN
    DIANA GENTRY
    DIANA WYMAN
    CREST HOME SALES
    CREST HOMES, INC.

    Whether alone or in conjunction with any other person or entity, including any and all transfers and receipts of money or property to or from any named persons or entities, or, any officer, director, agent, owner, attorney, or other person for or on behalf of such person or entity, or, any account over which any listed person had signature authority within the six (6) year period ending December 31, 2011.

2. All federal and state personal and business income tax returns for any persons or entities listed in 1 above, and, all entity owned, operated or controlled by such person for the six (6) year period ending December 31, 2011.

3. A statements and records of pension, retirement, profit sharing, investment accounts, including brokerage accounts, mutual funds, financial planning investment accounts, real estate bond/escrow accounts, for the six (6) year period ending December 31, 2011.

4. Copies of all real estate deeds, mortgage documents, Bill(s) of Sale for personal property, or, receipts or Bills of Sale for any and all transfers of real and personal property by any named person or entity, alone or in conjunction with any other person or entity, during the six (6) year period ending December 31, 2011; regardless of whether the named person or entity was the transferor, or, transferee.

5. Copies of all current or past professional and business licenses held by any listed person or entity within the six (6) year period ending December 31, 2011.

THESE REQUESTS SHALL BE DEEMED CONTINUING IN ACCORDANCE WITH MICHIGAN COURT RULES.

PLEASE NOTE: IT IS NOT THE INTENT TO IVADE OR VIOLATE ANY STATUTORY OR COMMON LAW PRIVILEGE, OR, TO OBTAIN ANY PRIVILEGED CLIENT COMMUNICATION MADE FOR THE PURPOSE OF OBTAINING PRIVILEGED ADVICE OR COUNSEL. IN THE EVENT OF A LEGITIMATE CLAIM TO PRIVILEGE REGARDING ANY REQUESTED ITEM, PLEASE CONTACT ISSUING COUNSEL FOR APPROPRIATE MODIFICATION, OR, SUITABLE PROTECTIVE ORDER. PLEASE CONTACT ISSUING COUNSEL AT 313-638-7613.



**MICHIGAN LEGISLATURE**
96th Legislature Regular Session
Michigan Compiled Laws Complete Through PA 55 of 2012
House: Adjourned until Tuesday, April 17, 2012 1:30:00 PM
Senate: Adjourned until Tuesday, April 17, 2012 10:00:00 AM

Home | Register | Why Register? | Login | New! | Help
Navigation
← Documents →
MCL Chapter Index
Chapter 600
Act 236 of 1961
236-1961-61
Section 600.6116

LEGISLATURE
Bill
Calendars
Committees
Committee Bill Records
Committee Meetings
Concurrent Resolutions
Initiatives
Joint Resolutions
Journals
Legislators
Public Act (Signed Bills)
Resolutions
Session Schedules
Basic Search
Advanced Search

LAWS
Often Req Laws
Req Repealed Acts
Basic MCL Search
Advanced MCL Search
Public Act MCL Search
Michigan Constitution
Chapter Index
Executive Orders
Executive Reorgs
Historical Documents
MCL Tables

MORE
Color Picker
Publications
Related Sites

SYNDICATION
Bills
Meetings
Laws

RECENTLY VIEWED
mcl 600 6116

## Section 600.6116

friendly link    Printer Friendly

**REVISED JUDICATURE ACT OF 1961 (EXCERPT)**
Act 236 of 1961

**600.6116 Transfer of debtor's property; duration of restraint.**

Sec. 6116.

(1) An order for examination of a judgment debtor may contain a provision restraining the judgment debtor from making or suffering any transfer or other disposition of, or interference with any of his property then held or thereafter acquired by or becoming due to him not exempt by law from application to the satisfaction of the judgment, until further direction in the premises, and such other provisions as the court may deem proper.

(2) Unless previously vacated by order of the court or by stipulation of the parties in writing, a restraining provision as herein provided shall remain in full force and effect for a period of 2 years from the date thereof, at which time it shall be deemed vacated for all purposes unless extended by order of the court for good cause shown.

**History:** 1961, Act 236, Eff. Jan. 1, 1963

© 2009 Legislative Council, State of Michigan



**MICHIGAN LEGISLATURE**
96th Legislature Regular Session
Michigan Compiled Laws Complete Through PA 55 of 2012
House: Adjourned until Tuesday, April 17, 2012 1:30:00 PM
Senate: Adjourned until Tuesday, April 17, 2012 10:00:00 AM

Home   Register   Why Register?   Login   New!   Help

**Navigation**
Documents
MCL Chapter Index
Chapter 600
Act 236 of 1961
236-1961-61
Section 600.6119

LEGISLATURE
Bill
Calendars
Committees
Committee Bill Records
Committee Meetings
Concurrent Resolutions
Initiatives
Joint Resolutions
Journals
Legislators
Public Act (Signed Bills)
Resolutions
Session Schedules
Basic Search
Advanced Search

LAWS
Often Req Laws
Req Repealed Acts
Basic MCL Search
Advanced MCL Search
Public Act MCL Search
Michigan Constitution
Chapter Index
Executive Orders
Executive Reorgs
Historical Documents
MCL Tables

MORE
Color Picker
Publications
Related Sites

SYNDICATION
Bills
Meetings
Laws

RECENTLY VIEWED
mcl 600 6119

## Section 600.6119

friendly link   Printer Friendly

**REVISED JUDICATURE ACT OF 1961 (EXCERPT)**
**Act 236 of 1961**

**600.6119 Transfer of property by third party; prohibition; violation; contempt; liability; transfer of property apparently belonging to others; duration of restraint.**

Sec. 6119.

(1) When a third party having in his or its possession property or moneys belonging to the judgment debtor or who is indebted to the judgment debtor is subpoenaed or ordered to attend and be examined as authorized in this chapter, such third party is hereby forbidden to make or suffer any transfer or other disposition of, or to interfere with, any property belonging to the judgment debtor or to which he may be entitled or which may thereafter be acquired by or become due to said judgment debtor, or to pay over or otherwise dispose of any moneys due or to become due to such judgment debtor, not exempt by law from application to the satisfaction of the judgment, until the further order of the court except that such third party is not obliged to withhold the payment of any moneys beyond double the amount claimed in such subpoena by the judgment creditor. To effect such restraining provision, a copy of this section must be indorsed on or attached to the copy of the subpoena or order served on the third party.

(2) Any person served with said subpoena or order, who violates the provisions of such restraining provision, is subject to punishment by the court for contempt, and is liable to the judgment creditor for any damages sustained.

(3) The restraining effect of a subpoena served upon a third party shall not, however, apply to any property, money or indebtedness which appears from the books or records of the third party to belong to or to be due to a person or corporation other than the judgment debtor, unless the third party has knowledge or reason to believe that such property, money or indebtedness belongs to or is due to the judgment debtor; but the court may by order at any stage of the proceeding grant a restraining provision applicable to any such property, money or indebtedness, which is specified in the order, where it is shown to the court's satisfaction by affidavit or other written proof that there is reason to believe that such property, money or indebtedness belongs to or is due to the judgment debtor.

(4) Unless previously vacated by order of the court or unless released in writing filed in the cause by the judgment creditor, a restraining provision as herein provided shall remain in full force and effect for a period of 2 years from the date of the service of the subpoena, at which time it is deemed vacated for all purposes unless extended by order of the court for good cause shown.

**History:** 1961, Act 236, Eff. Jan. 1, 1963

© 2009 Legislative Council, State of Michigan