UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION-FLINT

IN RE:

CHRISTOPHER D. WYMAN      CASE NO. 1232264

Debtor,      CHAPTER 7
JUDGE D.S. OPPERMAN

_____/

## CERTIFICATE OF SERVICE

I certify that, pursuant to Order of this Court dated July 13, 2012 DE 62, on July 17, 2012, I served original subpoenas, with attachment, on: Debtors Counsel, DENNIS PERKINS by electronic transmission; and, I mailed, by United States Postal Service postage prepaid, the original subpoenas to the attached list of Deponents, at the addresses set forth as reflected in the Debtor's Schedules.

/s/ **MICHAEL E. TINDALL**
**Attorney for Barbra Duggan**

Edward & Susan Linck
1829 Hanover Rd.
Ann Arbor, MI 48103-5914

Gentry Sales; Gentry Bldg. Co.
DK Gentry Inc.
Dian K. Gentry
6241 W. Grand River Rd.
Brighton, MI 48114-7305

Michelle Pichler
1011 Jones Rd.
Howell, MI 48855-9298