UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

CHRISTOPHER D. WYMAN,

Debtor.
_____/

Case No. 12-32264
Chapter: 7
Hon. D. S. OPPERMAN

**Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsels of record herein at their respective addresses on record on December 17, 2018, via ECF Pacer filing system

*Elie Bejjani, Esq.*

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of entry of the undersigned as counsel for Creditor, Barbara Duggan in the above-titled action. All further notice and copies of pleadings, papers and other material relevant to this action should be directed and served upon the undersigned.

Respectfully Submitted,

**BEJJANI LAW PLLC**
/s/ *Elie Bejjani*
Elie Bejjani (P74626)
Attorney for Secured Creditor
6 Parklane Blvd, Suite 600
Dearborn, MI 48126
(313) 757-0036
elie@bejjanilaw.com

Dated: December 17, 2018