UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
CHRISTOPHER D. WYMAN
*Debtor(s)*,

CASE NO. 12-32264
CHAPTER 7

_____\\

### Fed. R. Bank. 3001(e)(2) NOTICE OF PARTIAL TRANSFER OF ALLOWED SECURED CLAIM

PLEASE TAKE NOTICE that allowed secured claimant, BARBARA DUGGAN ("Assignor"), pursuant to Fed. R. Bank. 3001(e)(2), which states as follows:

"(2) *Transfer of Claim Other than for Security after Proof Filed.* If a claim other than one based on a publicly traded note, bond, or debenture **has been transferred** other than for security **after the proof of claim has been filed**, evidence of the transfer **shall be filed by the transferee.** The clerk shall immediately notify the alleged transferor by mail of the filing of the evidence of transfer and that objection thereto, if any, must be filed within 21 days of the mailing of the notice or within any additional time allowed by the court. If the alleged transferor files a timely objection and the court finds, after notice and a hearing, that the claim has been transferred other than for security, it shall enter an order substituting the transferee for the transferor. **If a timely objection is not filed by the alleged transferor, the transferee shall be substituted for the transferor.**

Has transferred/assigned fifty (50%) percent of the allowed secured claim dated and filed November 25, 2014, Claim No. 1, based on that certain AMENDED JUDGMENT DATED April 24, 2012, not to exceed

$15,500.00 plus fifty (50%) of all statutory interest, fees and costs, whether now existing or hereafter arising out of or related to the collection or enforcement of the described secured PROOF OF CLAIM, and, any JUDGMENT based thereon or arising therefrom to MICHAEL E. TINDALL ("Assignee").

Dated: 2/__/19

Respectfully Submitted,

/S/
MICHAEL E. TINDALL
18530 MACK AVE., STE 430
DETROIT, MI 48236
(248)250-8819
**Direct Email: met@comcast.net**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CHRISTOPHER D. WYMAN
*Debtor(s),*

CASE NO. 12-32264
CHAPTER 7

_____\

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the following:

NOTICE OF PARTIAL TRANSFER OF ALLOWED SECURED CLAIM was served by the ECF filing system on February 25, 2019, upon:

Samuel D. Sweet (P48668)
Chapter 7 Trustee
PO Box 757
Ortonville, MI 48462-0757
ssweet@trusteesweet.us

and

**BEJJANI LAW PLLC**

Elie Bejjani (P74626)
Attorney for Secured Creditor
6 Parklane Blvd, Suite 600
Dearborn, MI 48126
(313) 757-0036
elie@bejjanilaw.com

Respectfully Submitted,

/s/
MICHAEL E. TINDALL
18530 MACK AVE., STE 430
DETROIT, MI 48236
(248)250-8819
**Direct Email: met@comcast.net**

Dated: 2/25/19