# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - FLINT

IN RE:

**CHRISTOPHER D. WYMAN,**

    **Debtor.**

_____/

Case No. 12-32264
Chapter: 7
Hon. D. S. OPPERMAN

## ALLOWED SECURED CREDITOR BARBARA DUGGAN'S

## ACKNOWLEDGEMENT OF PARTIAL ASSIGNMENT/TRANSFER OF ALLOWED SECURED CLAIM, CLAIM NO. 1 FILED NOVEMBER 25, 2014

Now Comes Allowed Secured Creditor, Barbara Duggan ("Duggan"), by and through her attorney, Bejjani Law PLLC, and hereby acknowledges the partial Assignment/transfer of allowed secured claim, No. 1, dated November 25, 2014, as set forth in DE 201, to MICHAEL E. TINDALL.

    Respectfully Submitted,

    **BEJJANI LAW PLLC**
    /s/ Elie Bejjani

DATED: February 26, 2019
    Elie Bejjani (P74626)
    Attorney for Secured Creditor
    6 Parklane Blvd, Suite 600
    Dearborn, MI 48126
    (313) 757-0036
    elie@bejjanilaw.com