UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN THE MATTER OF:

Christopher D. Wyman,           Bankruptcy Case No. 12-32264-dof
                                              Honorable Daniel S. Opperman
                                              Chapter 7
                    Debtor.
_____/

**FIRST AND FINAL FEE APPLICATION OF ATTORNEY FOR TRUSTEE, SAMUEL D. SWEET, PLC, FOR SERVICES RENDERED NOVEMBER 17, 2014 THROUGH OCTOBER 30, 2019, SPECIFICALLY RELATED TO REPRESENTING THE ESTATE ON CASES PENDING AT THE TIME OF MICHAEL TINDALL DISBARMENT**

          A.      <u>History of the Case</u>:

Debtors filed a Chapter 7 petition on May 24, 2012, Case No.12-32264-dof. Samuel D. Sweet, PLC ("Applicant") has acted as legal counsel for Trustee, Samuel D. Sweet, since August 26, 2014.

          B.      The services rendered by Applicant have been substantial and Applicant believes that an allowance of fees and reimbursement of expenses is appropriate and necessary at this time.

          C.      Applicant is requesting attorney fees pursuant to 11 U.S.C. § 330 and L.B.R. 2016-1 (E.D.M.).

          D.      Pursuant to L.B.R. 2016-1 (E.D.M.), Applicant submits the following information:

               1.      <u>Total Amount of Fees Requested</u>: Applicant is requesting at this time fees for professional services in the amount of $22,175.00 and reimbursement of expenses in the amount of $181.00 for a total request of $22,356.00.

               2.      <u>Time Period During Which Services Were Rendered</u>: Applicant is seeking compensation for services rendered November 17, 2014 through October 30, 2019.

               3.      <u>Services Rendered & Benefits Obtained</u>: The following is a general description of the services rendered by Applicant as legal counsel for the Trustee, and the benefits realized by the Estate as a result of Applicant's services.

1

A. Services: Applicant assisted the Trustee by continuing the representation begun by Michael Tindall upon his disbarment. Applicant resolved all cases begun by Tindall and in particular settled the case with Michelle Pichler and obtained title to the Jones Road property. Applicant from there settled the cases with Diana Gentry by selling said property to her for $65,000.00. Applicant was forced to act as lawyer in this case as the Trustee could not find a replacement for Tindall upon his disbarment given the problematic history of this case and the fraud on the Court committed by Tindall.

B. Benefits: Applicant's services allowed the estate to receive $65,940.74 of funds available for creditors in this case.

4. Status of Litigation: None.

5. Current Status of Case: Pending the Trustee's final report. The Trustee has received $65,940.74 and to date no disbursements have been to any other professionals. The case is expected to close in approximately four months and this requested distribution will not prejudice the rights of any creditors. The Trustee currently has on hand a total of $31,904.82. As a result of Applicant's efforts, unsecured creditors will receive an unknown distribution in this case.

6. Future Services: None.

7. Unpaid Administrative Expenses: Unpaid administrative expenses are as follows:
Trustee Fees: $6,547.04
Accountant: $0.00
Auctioneer: $0.00

8. Services of More Than One Attorney and Paralegal: There are no such instances in the within Application for which such an award is sought.

9. Prior Applications: This is Applicant's First and Final Fee Application; therefore, Applicant has received no previous fees.

10. The Trustee has been given the opportunity to review this Application and has approved the requested amount.

11. Pursuant to L.B.R. 2016-1 (E.D.M.), Applicant has attached hereto the following

2

exhibits:

    Exhibit 1 - Proposed fee order

    Exhibit 2 - Applicant's Affidavit of Disinterestedness / Terms of Retention

    Exhibit 3 - Summary of Hours

    Exhibit 4 - Itemized time records in chronological order, of each specific service for which an award of compensation is sought. These time records indicate (i) the date each service was rendered; (ii) a description with particularity of the services rendered; (iii) identification of the attorney/paralegal who performed the services; and (iv) the time spent performing the service.

    Exhibit 5 - A brief biographical statement of the professional experience of each attorney/paralegal for whom an award of compensation is sought.

    Exhibit 6 - An itemized statement of disbursements for which an award of compensation is sought.

E.     The total time spent by Applicant during the period covered by this Application has been 88.70 hours, which represents fees of $22,175.00.

**WHEREFORE**, Applicant, Samuel D. Sweet, PLC, prays that he is awarded fees and expenses in the amount of $22,356.00.

    Respectfully submitted,

    SAMUEL D. SWEET, PLC

    /s/ Samuel D. Sweet
    By: Samuel D. Sweet (P 48668)
    Attorney for Trustee
    P.O. Box 757
    Ortonville, MI 48462-0757

Date served:   10/30/2019     (248) 236-0985
    ssweet@trusteesweet.us

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN THE MATTER OF:

Christopher D. Wyman,                  Bankruptcy Case No. 12-32264-dof
Honorable Daniel S. Opperman
Chapter 7

            Debtor.
_____/

## EXHIBIT LIST

| Exhibit | Description |
|---|---|
| 1 | Proposed Fee Order |
| 2 | Applicant's Affidavit of Disinterestedness / Terms of Retention |
| 3 | Summary of Hours |
| 4 | Itemized time records in chronological order, of each specific service for which an award of compensation is sought. These time records indicate (i) the date each service was rendered; (ii) a description with particularity of the services rendered; (iii) identification of the attorney/paralegal who performed the services; and (iv) the time spent performing the service. |
| 5 | A brief biographical statement of the professional experience of each attorney/paralegal for whom an award of compensation is sought. |
| 6 | An itemized statement of expenses for which reimbursement is sought. |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

IN THE MATTER OF:

Christopher D. Wyman,   Bankruptcy Case No. 12-32264-dof
  Honorable Daniel S. Opperman
  Chapter 7
            Debtor.
_____/

**ORDER AUTHORIZING FIRST AND FINAL FEE APPLICATION OF ATTORNEY FOR TRUSTEE, SAMUEL D. SWEET, PLC, FOR SERVICES RENDERED NOVEMBER 17, 2014 THROUGH OCTOBER 30, 2019, SPECIFICALLY RELATED TO REPRESENTING THE ESTATE ON CASES PENDING AT THE TIME OF MICHAEL TINDALL DISBARMENT**

This matter having come before the Court on the First and Final Fee Application for Attorneys for Trustee, Samuel D. Sweet, PLC, for Services Rendered November 17, 2014 through October 30, 2019, Specifically Related to Representing the Estate on Cases Pending at the Time of Michael Tindall Disbarment in the amount of $22,356.00, the Application with attached Exhibits having been filed with the Court and a Notice having been served upon all parties pursuant to Rule 2002(a) of the Federal Rules of Bankruptcy Procedures, no objections to the Application having been received within the time specified in the Notice, the Court having considered the Application and being fully advised in the premises;

**IT IS HEREBY ORDERED** that the attorney for the Trustee is hereby awarded fees of $22,175.00 and expenses of $181.00 in the total amount of $22,356.00 and that said fees and expenses may be made payable to the firm of Samuel D. Sweet, PLC.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

IN THE MATTER OF:

Christopher D Wyman,

Bankruptcy Case No. 12-32264-DSO
Honorable Daniel S. Opperman
Chapter 7

Debtor
_____/

## AFFIDAVIT OF DISINTERESTEDNESS

STATE OF MICHIGAN     )
                      )SS.
COUNTY OF OAKLAND     )

     Samuel D. Sweet, being fully duly sworn says that he is an attorney and that he is authorized to make this Affidavit, that he has never been employed by or had any connection with the Debtor(s), Debtor's(s') creditors or any other party in interest, their respective attorney, accountants or the U.S. Trustee, except Mr. Samuel D. Sweet was employed as a law clerk by the Office of the United States Trustee during 1991 and 1992; that he has no interest adverse to the Debtor(s), the creditors or the estate; that he is a disinterested person as defined by 11 U.S.C. § 101(14), and that he knows no reason why they should not act as counsel for the Trustee.

     Samuel D. Sweet, in his capacity as Trustee of this bankruptcy estate, has requested that Samuel D. Sweet act as his attorney in this matter. Hourly rates as follows:

           Samuel Sweet              $250.00

Any direct out of pocket costs will be charged to the estate. Copies will be charged at $.20 per page, facsimile transmission at $.50 per page. Samuel D. Sweet will not be paid any fees or costs without prior Court's approval, as required by 11 U.S.C. § 331.

BY: /s/ Samuel D. Sweet
Samuel D. Sweet (P48668)
P. O. Box 757
Ortonville, MI 48462-0757
(248) 236-0985
ssweet@trusteesweet.us

Subscribed and sworn to before me
this 17th day of November, 2014
/s/ Jessica A. Will
Jessica A. Will, Notary Public
Lapeer County, Michigan
My commission expires: 9/6/2020
Acting in Oakland County, Michigan

## STATEMENT OF HOURS

Samuel D. Sweet        88.70 hours @ $250.00 = $22,175.00

TOTAL HOURS        88.70 hours

Case No.: 12-32264-DSO
Case Name: WYMAN, CHRISTOPHER D
Start Date: 5/24/2012
End Date: 10/30/2019

Trustee Name: Samuel D. Sweet

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|

**Firm Name: SAMUEL D. SWEET, PLC**

**Project Category : Hearing**

Professional: SAMUEL D. SWEET

| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
01/24/2018: Attend hearing on bond release.
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
01/24/2018: Attend Hearing on Duggan as Plaintiff in cases.
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
01/16/2019: Attend hearing on Motion to Sell Property.

SAMUEL D. SWEET billable hours = 2.00 hours @ $250.00 totalling $500.00

**Project Category Hearing Total:** 2.00   $500.00

**Project Category : Meeting**

Professional: SAMUEL D. SWEET

| | $250.00 | 0.60 | $150.00 | 0.60 | $150.00 | Billable |
10/11/2017: Attend status conference regarding disbarment of Tindall.
| | $250.00 | 1.60 | $400.00 | 1.60 | $400.00 | Billable |
02/22/2018: Meeting with Michael Tindall regarding case and various docs on file.
| | $250.00 | 2.00 | $500.00 | 2.00 | $500.00 | Billable |
05/29/2019: Attend closing on Jones Road property.

SAMUEL D. SWEET billable hours = 4.20 hours @ $250.00 totalling $1,050.00

**Project Category Meeting Total:** 4.20   $1,050.00

**Project Category : Miscellaneous Bankruptcy Work**

Professional: SAMUEL D. SWEET

| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
03/06/2018: Calculate amount needed to pay creditors in full.
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
04/12/2018: Estimate cost of repairs for property.
| | $250.00 | 0.30 | $75.00 | 0.30 | $75.00 | Billable |
07/05/2018: Obtain Order for Sale without objection.
| | $250.00 | 0.60 | $150.00 | 0.60 | $150.00 | Billable |
11/28/2018: Modify agreement and send to Gentry.
| | $250.00 | 0.30 | $75.00 | 0.30 | $75.00 | Billable |
12/11/2018: Modify Motion for Sale.
| | $250.00 | 0.30 | $75.00 | 0.30 | $75.00 | Billable |
03/13/2019: Obtain Order to Sell Property.

SAMUEL D. SWEET billable hours = 3.00 hours @ $250.00 totalling $750.00

**Project Category Miscellaneous Bankruptcy Work Total:** 3.00   $750.00

**Project Category : Phone**

Professional: SAMUEL D. SWEET

| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
07/20/2017: Conference with Attorney regarding disbarment of Mike Tindall.
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
10/11/2017: Conference with Barb Duggan regarding finding an attorney.
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
10/30/2017: Conference with Attorney regarding issues on case.

TIME AND BILLING  
TIME REPORT  
Page No: 2

Case No.: 12-32264-DSO  
Case Name: WYMAN, CHRISTOPHER D  
Start Date: 5/24/2012  
End Date: 10/30/2019

Trustee Name  
Samuel D. Sweet

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 11/03/2017: Conference with K. Toll regarding bond issues. | | | | | | |
| | $250.00 | 1.50 | $375.00 | 1.50 | $375.00 | Billable |
| 11/08/2017: Various conferences with US Trustee's Office and Attorneys regarding what to do. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 01/27/2018: Conference with K.T. regarding settlement of this case. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 02/06/2018: Conference with Attorney regarding Gentry and needed deposition. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 02/07/2018: Conference with K.T. regarding settlement. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 02/22/2018: Conference with K.T. regarding changes to deed and order. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 03/09/2018: Conference with D. Gentry regarding potential settlement. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 03/28/2018: Conference with Gentry regarding settlement and sale. | | | | | | |
| | $250.00 | 0.60 | $150.00 | 0.60 | $150.00 | Billable |
| 05/02/2018: Conference with Gentry regarding settlement and sale price. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 05/24/2018: Conference with Gentry regarding terms of sale and financing. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 08/07/2018: Conference with Gentry regarding closing. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 09/04/2018: Conference with Gentry regarding closing issues. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 03/26/2019: Conference with Attorney for taxing authority. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 04/26/2019: Conference with Gentry regarding closing issues. | | | | | | |
| | $250.00 | 0.60 | $150.00 | 0.60 | $150.00 | Billable |
| 04/26/2019: Conference with title company regarding threat from Duggan to sue title company. | | | | | | |
| | $250.00 | 0.70 | $175.00 | 0.70 | $175.00 | Billable |
| 05/23/2019: Conference with title company and Gentry regarding closing issues. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 05/28/2019: Conference with Gentry regarding sale and closing on 5/29. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 05/28/2019: Conference with title company regarding closing and wire to Duggan. | | | | | | |

SAMUEL D. SWEET billable hours = 10.70 hours @ $250.00 totalling $2,675.00

| Project Category Phone Total: | 10.70 | | $2,675.00 |
|---|---|---|---|

**Project Category : Preparation**

**Professional: SAMUEL D. SWEET**

| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
|---|---|---|---|---|---|---|
| 11/20/2017: Prepare response to Release of Bond Motion. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 01/28/2018: Prepare and forward offer to settle on case. | | | | | | |
| | $250.00 | 1.20 | $300.00 | 1.20 | $300.00 | Billable |
| 02/13/2018: Prepare Motion to Compel Turnover. | | | | | | |
| | $250.00 | 0.70 | $175.00 | 0.70 | $175.00 | Billable |
| 02/14/2018: Prepare Stip and Order to dismiss case. | | | | | | |
| | $250.00 | 0.80 | $200.00 | 0.80 | $200.00 | Billable |
| 02/14/2018: Prepare Deed to transfer property. | | | | | | |

Case No.: 12-32264-DSO
Case Name: WYMAN, CHRISTOPHER D
Start Date: 5/24/2012
End Date: 10/30/2019

Trustee Name
Samuel D. Sweet

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 02/22/2018: Modify deed and Order. | | | | | | |
| | $250.00 | 0.20 | $50.00 | 0.20 | $50.00 | Billable |
| 02/28/2018: File Order. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 03/13/2018: Modify Sale per terms. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 05/19/2018: Modify Purchase Agreement and send back. | | | | | | |
| | $250.00 | 1.50 | $375.00 | 1.50 | $375.00 | Billable |
| 06/07/2018: Prepare Motion to Sell Property. | | | | | | |
| | $250.00 | 1.50 | $375.00 | 1.50 | $375.00 | Billable |
| 10/03/2018: Prepare Amended Motion for Sale per issues on title. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 12/20/2018: Prepare Objection to Motion for Conditioned sale. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 12/20/2018: Prepare Objection to Response to Sale Motion. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 03/20/2019: Prepare Motion for Subordination of tax claims. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 05/29/2019: Prepare Report of Sale on Jones Road property. | | | | | | |

SAMUEL D. SWEET billable hours = 12.90 hours @ $250.00 totalling $3,225.00

**Project Category Preparation Total:** 12.90 $3,225.00

**Project Category : Review**

**Professional: SAMUEL D. SWEET**

| | RATE | TIME SPENT | TOTAL | BILLABLE TIME | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| | $250.00 | 1.60 | $400.00 | 1.60 | $400.00 | Billable |
| 07/20/2017: Review docs on disbarment issues. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 08/31/2017: Receive and review Order for Disbarment of Michael Tindall. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 09/22/2017: Receive and review Notice of Disbarment by State of Michigan. | | | | | | |
| | $250.00 | 0.30 | $75.00 | 0.30 | $75.00 | Billable |
| 09/22/2017: Receive and review Order and Request for Stay. | | | | | | |
| | $250.00 | 1.50 | $375.00 | 1.50 | $375.00 | Billable |
| 10/12/2017: Review various docs to try to figure out how to handle cases. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 10/13/2017: Receive and review Order to Show Cause to Barb Duggan. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 10/30/2017: Receive and review Order for Disbarment by Federal Court. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 11/03/2017: Review docs re: bond issues and research. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 11/03/2017: Receive and review request for concurrence in release of bond. | | | | | | |
| | $250.00 | 0.30 | $75.00 | 0.30 | $75.00 | Billable |
| 11/05/2017: Receive and review objection to Notice. | | | | | | |
| | $250.00 | 4.20 | $1,050.00 | 4.20 | $1,050.00 | Billable |
| 11/06/2017: Review full docket of case no. 12-32264 and various pleadings. | | | | | | |
| | $250.00 | 2.60 | $650.00 | 2.60 | $650.00 | Billable |
| 11/06/2017: Review full docket of case no. 12-3341 and various documents. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 11/06/2017: Receive and review Motion to Release Bond. | | | | | | |

**TIME AND BILLING**  
**TIME REPORT**

Page No: 4

Case No.: 12-32264-DSO  
Case Name: WYMAN, CHRISTOPHER D  
Start Date: 5/24/2012  
End Date: 10/30/2019

Trustee Name  
Samuel D. Sweet

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| | $250.00 | 2.00 | $500.00 | 2.00 | $500.00 | Billable |
| 11/07/2017: Review full docket of case 12-3340 in 09-36472 and various docs. | | | | | | |
| | $250.00 | 2.90 | $725.00 | 2.90 | $725.00 | Billable |
| 11/07/2017: Review full docket of case 12-3347 and 09-36472 and various docs. | | | | | | |
| | $250.00 | 2.70 | $675.00 | 2.70 | $675.00 | Billable |
| 11/07/2017: Review full docket of Pichler Adversary and various docs. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 11/13/2017: Review amended Order regarding fraud on court. | | | | | | |
| | $250.00 | 0.30 | $75.00 | 0.30 | $75.00 | Billable |
| 01/11/2018: Receive and review hearing notice for 1/24/18. | | | | | | |
| | $250.00 | 0.60 | $150.00 | 0.60 | $150.00 | Billable |
| 01/27/2018: Review docs on case and review issues on same. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 02/06/2018: Receive and review counter offer on case. | | | | | | |
| | $250.00 | 0.70 | $175.00 | 0.70 | $175.00 | Billable |
| 02/22/2018: Receive and review signed docs on case. | | | | | | |
| | $250.00 | 6.30 | $1,575.00 | 6.30 | $1,575.00 | Billable |
| 02/22/2018: Review all docs on file provided by Michael Tindall. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 02/26/2018: Receive and review signed docs. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 03/06/2018: Review claims on case regarding potential settlement. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 03/09/2018: Review docs on settlement. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 03/13/2018: Receive and review sale terms. | | | | | | |
| | $250.00 | 0.60 | $150.00 | 0.60 | $150.00 | Billable |
| 03/28/2018: Receive and review changes to agreement. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 04/12/2018: Receive and review house documents of Jones Road. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 04/12/2018: Receive and review offer to settle case by Gentry. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 04/16/2018: Receive and review docs on flood plain issues. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 05/17/2018: Receive and review purchase agreement and extra terms. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 05/24/2018: Review docs on financing. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 06/06/2018: Receive and review modified agreement on case. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 06/07/2018: Receive and review title work on Jones Road. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 07/12/2018: Receive and review email for Elie B. regarding Duggan claim. | | | | | | |
| | $250.00 | 1.40 | $350.00 | 1.40 | $350.00 | Billable |
| 09/04/2018: Review docs on case and closing issue. | | | | | | |
| | $250.00 | 0.60 | $150.00 | 0.60 | $150.00 | Billable |
| 11/28/2018: Receive and review amended title work. | | | | | | |
| | $250.00 | 0.80 | $200.00 | 0.80 | $200.00 | Billable |
| 11/28/2018: Receive and review amended offer and purchase agreement. | | | | | | |
| | $250.00 | 0.60 | $150.00 | 0.60 | $150.00 | Billable |

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 12-32264-DSO | | | | Trustee Name | |
| Case Name: | WYMAN, CHRISTOPHER D | | | | Samuel D. Sweet | |
| Start Date: | 5/24/2012 | | | | | |
| End Date: | 10/30/2019 | | | | | |

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| 12/18/2018: Receive and review objection by Tindall. | | | | | | |
| | $250.00 | 0.60 | $150.00 | 0.60 | $150.00 | Billable |
| 12/18/2018: Receive and review objection by Benjani. | | | | | | |
| | $250.00 | 0.80 | $200.00 | 0.80 | $200.00 | Billable |
| 12/18/2018: Receive and review Motion to Condition sale on payment of Duggan. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 04/12/2019: Review docs from Gentry regarding closing. | | | | | | |
| | $250.00 | 1.50 | $375.00 | 1.50 | $375.00 | Billable |
| 05/23/2019: Receive and review title docs and closing statement. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 05/23/2019: Review docs on Order in case and deed by Pichler. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 05/28/2019: Review final closing statement and docs. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 05/28/2019: Receive and review payoff on Duggan claim and wire instructions. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 05/28/2019: Receive and review addendum to Purchase Agreement requested by title company. | | | | | | |

SAMUEL D. SWEET billable hours = 50.90 hours @ $250.00 totalling $12,725.00

| | | | | | |
|---|---|---|---|---|---|
| **Project Category Review Total:** | 50.90 | | | $12,725.00 | |

**Project Category : Travel**

**Professional: SAMUEL D. SWEET**

| | RATE | TIME SPENT | TOTAL | BILLABLE TIME | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 10/11/2017: Travel to and from court regarding status conference. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 01/29/2018: Travel to and from court on case. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 01/16/2019: Travel to and from Court for hearing. | | | | | | |
| | $250.00 | 2.00 | $500.00 | 2.00 | $500.00 | Billable |
| 05/29/2019: Travel to and from closing on case. | | | | | | |

SAMUEL D. SWEET billable hours = 5.00 hours @ $250.00 totalling $1,250.00

| | | | | | |
|---|---|---|---|---|---|
| **Project Category Travel Total:** | 5.00 | | | $1,250.00 | |

SAMUEL D. SWEET billable hours = 88.70 hours totalling $22,175.00

| | | | | | |
|---|---|---|---|---|---|
| Firm Name SAMUEL D. SWEET, PLC Total: | 88.70 | | | $22,175.00 | |
| TOTALS: | 88.70 | $22,175.00 | 88.70 | $22,175.00 | |

## BIOGRAPHICAL STATEMENT OF ATTORNEY

**Samuel D. Sweet,** born May 26, 1965 in Columbiaville, Michigan; admitted to Bar, 1993, Michigan. EDUCATION: Ferris State University (B.S. 1988); Wayne State University (M.B.A. 1990); Detroit College of Law (J.D. Magna Cum Laude 1993). MEMBER: State Bar of Michigan; admitted to practice in the United States District Court, Eastern and Western District of Michigan; American Bar Association.

## STATEMENT OF REIMBURSEMENTS

| | | | | |
|---|---|---|---|---|
| **Photocopies** | - | 0 x $.20 | = | $0.00 |
| **Filing Fee - Motion to Sell** | - | 1 x $181.00 | = | $181.00 |
| **Postage** | - | 0 x $.50 | = | $0.00 |
| **Total Expenses** | - | | | **$181.00** |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - FLINT

IN THE MATTER OF:

Christopher D. Wyman,                     Bankruptcy Case No. 12-32264-dof
                                                     Honorable Daniel S. Opperman
            Debtor.                         Chapter 7
_____/

## NOTICE TO CREDITORS AND OTHER PARTIES OF INTEREST REGARDING APPLICATION FOR PROFESSIONAL FEES AND NOTICE OF THE RIGHT TO OBJECT OR REQUEST A HEARING PURSUANT TO FED.R.BANKR.P. 2002(a)

**PLEASE TAKE NOTICE** that Applicant, Samuel D. Sweet, PLC, has filed a First and Final Application For Fees and Reimbursement of Expenses as listed below:

| FEES REQUESTED | EXPENSES REQUESTED | PERIOD COVERED | TOTAL SOUGHT | AMT AUTHORIZED PREVIOUSLY |
|---|---|---|---|---|
| $22,175.00 | $181.00 | 11/17/14-10/30/19 | $22,356.00 | $0.00 |

If approved, these fees and expenses will be paid by the bankruptcy estate and not the Debtor(s).

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Applicant's Fee Application, or if you want the Court to consider your views on the Fee Application, within twenty one (21) days of the date of this notice, you or your attorney must:

1.      File with the Court a written response or an answer which must comply with F.R.Civ.P. 8(b), (c) and (e) explaining your position pursuant to L.B.R. 9014-1 at:

         Clerk of the United States Bankruptcy Court
Eastern District of Michigan-Southern Division, 226 West Second Street, Flint, MI 48502

         If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

         You must also mail a copy to:
                 Samuel D. Sweet, Esq. [at the address listed below]

2.      If a response or answer is timely filed and served, the Clerk will schedule a hearing on the objection to the Fee Application and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Fee Application and may enter an Order granting that relief.**

                                   SAMUEL D. SWEET, PLC

                                   /s/ Samuel D. Sweet
                                   By: Samuel D. Sweet (P 48668)
                                   Attorney for Trustee
                                   P.O. Box 757
                                   Ortonville, MI 48462-0757
Date Notice Served: 10/30/2019      (248) 236-0985
                                   ssweet@trusteesweet.us

[1] Response or answer must comply with F.R. Civ. P 8 (b) (c) and (e)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - FLINT

IN THE MATTER OF:

Christopher D. Wyman,                      Bankruptcy Case No. 12-32264-dof
                                                        Honorable Daniel S. Opperman
                                                        Chapter 7

                  Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on ___10/30/2019___, I served the following paper:

First and Final Fee Application for Attorneys for Trustee, Samuel D. Sweet, PLC, for Services Rendered November 17, 2014 through October 30, 2019, Specifically Related to Representing the Estate on Cases Pending at the Time of Michael Tindall Disbarment; Proposed Order; Notice to Creditors and Other Parties of Interest Regarding Application for Professional Fees Pursuant to Fed.R.Bankr.P.2002 and Notice of the Right to Object; this Certificate of Service; and Exhibit List with Exhibits

on the following parties at these addresses:

Christopher D. Wyman
6241 Grand River Rd.
Brighton, MI 48114

Dennis L. Perkins
Attorney for Debtor
bkperk@sbcglobal.net
(Via ECF transfer only)

Elie Bejjani
Attorney for Barbara Duggan
elie@bejjanilaw.com
(Via ECF Only)

Michael E. Tindall
18530 Mack Ave., Ste. 430
Detroit, Michigan 48236

**NOTICE TO CREDITORS AND OTHER PARTIES OF INTEREST REGARDING APPLICATION FOR PROFESSIONAL FEES PURSUANT TO FED. R. BANKR. P. 2002(a) AND NOTICE OF THE RIGHT TO OBJECT WAS SERVED ON ALL PARTIES LISTED ON THE ATTACHED COURT MATRIX**

by the following means:

United States first-class mail

                                             /S/ SAMUEL D. SWEET
                                             Samuel D. Sweet (P48668)
                                             Samuel D. Sweet, PLC
                                             Attorney for Trustee
                                             P.O. Box 757
                                             Ortonville, MI 48462-0757
                                             (248) 236-0985
                                             ssweet@trusteesweet.us