| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-4<br>Case 12-32264-dof<br>Eastern District of Michigan<br>Flint<br>Wed Oct 30 11:19:05 EDT 2019 | AIS Rental Corp.<br>600 44th Street, SW<br>Grand Rapids, MI 49548-4128 | American Concrete Products<br>c/o Michael R. Stillman<br>7091 Orchard Lake Rd., Ste. 27<br>West Bloomfield, MI 48322-3654 |
| Aspen Mastercard<br>c/o Midland Credit Management<br>8875 Aero Drive, Ste.200<br>San Diego, CA 92123-2255 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Barbara Duggan<br>437 Booth<br>Troy, MI 48085-1552 |
| Elie Bejjani<br>6 Parklane Blvd.<br>Suite 600<br>Dearborn, MI 48126-4260 | CBUSA/Sears Credit Card<br>P.O. Box 183081<br>Columbus, OH 43218-3081 | Cadillac Accounts Receivable Mgmt.<br>P.O. Box 358<br>Cadillac, MI 49601-0358 |
| Capital One Bank U.S.A.<br>c/o Adam Scott Berman<br>8300 Hall Rd., Ste. 200<br>Utica, MI 48317-5506 | Commercial Billing Services<br>c/o Maria J. Riley<br>24114 Rain Creek Dr.<br>Tomball, TX 77375-5133 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Detroit Edison<br>1 Energy Plaza<br>2160 WCB<br>Detroit, MI 48226-1221 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Bank/DFS Services, LLC<br>P.O. Box 3025<br>New Albany, OH 43054-3025 |
| Barbara Duggan<br>C/O TINDALL LAW<br>P.o. Box 46564<br>Mount Clemens, MI 48046-6564 | Edward Linck<br>1829 Hanover Rd.<br>Ann Arbor, MI 48103-5914 | First National Bank<br>101 E. Grand River Ave.<br>Howell, MI 48843-2251 |
| Flagstar Bank<br>Attn: Bankruptcy Dept. MS-S144-3<br>5151 Corporate Dr.<br>Troy, MI 48098-2639 | Fowlerville News & Views<br>202 E. Grand River Ave.<br>Fowlerville, MI 48836-8634 | Gentry Building Company<br>6241 W. Grand River Rd.<br>Brighton, MI 48114-7709 |
| Gentry Sales<br>6241 W. Grand River Rd.<br>Brighton, MI 48114-7709 | Rodney M. Glusac<br>1058 Maple Street<br>Suite 100<br>Plymouth, MI 48170-1996 | HSBC Bank/Cardmember Service<br>P.O. Box 5241<br>Carol Stream, IL 60197-5241 |
| Hirshberg Acceptance Corp.<br>c/o Parri J. Hockenberry<br>471 E. Broad St., FL 12<br>Columbus, OH 43215-3806 | Hometown Newspapers<br>c/o Ann Arbor Credit Bureau<br>P.O. Box 230<br>Howell, MI 48844-0230 | IRS/Department of Treasury<br>Compliance Services Insolvency<br>Box 330500-Stop 15<br>Detroit, MI 48232 |
| (c)JJ MARSHALL<br>6060 STONEY VIEW DR STE 200<br>SHELBY TOWNSHIP MI 48316-4970 | John and Nancy Saunders<br>4605 Golfview<br>Brighton, MI 48116-9773 | LVNV Funding, LLC<br>P.O. Box 740281<br>Houston, TX 77274-0281 |

| | | |
|---|---|---|
| LVNV Funding, LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Livingston Aggregate, Inc.<br>1335 E. Batton<br>Howell, MI 48855 | Manufactured Home Monthly<br>11590 Highland Rd.<br>Hartland, MI 48353-2711 |
| Marion J. Mack Jr.<br>Assistant U.S. Trustee<br>211 W. Fort St., Ste. 700<br>Detroit, MI 48226-3263 | Mark Goldman & Associates<br>30300 Northwestern Hwy., Ste. 312<br>Farmington, MI 48334-3481 | McNally Nimergood<br>5825 Dixie Highway<br>Saginaw, MI 48601-5961 |
| Metris Companies<br>c/o Hirshberg Acceptance<br>29905 Six Mile Rd., Ste. B<br>Livonia, MI 48152-3603 | Michael E. Tindall<br>18530 Mack Ave., Ste. 430<br>Detroit, MI 48236-3254 | Michael J. Olson<br>915 N. Michigan Ave.<br>Suite 6<br>Howell, MI 48843-3111 |
| Michael Tindall<br>Attorney at Law<br>P.O. Box 46564<br>Mount Clemens, MI 48046-6564 | Michelle Pichler<br>1011 Jones Rd.<br>Howell, MI 48855-9298 | Michigan Leasing & Financial Service<br>6143 1/2 28th St.<br>Grand Rapids, MI 49546-6957 |
| Monogram Credit Card Bank<br>c/o Mary Jane Elliott P.C.<br>24300 Karim Blvd.<br>Novi, MI 48375-2942 | Ms. Rayola Banfield<br>c/o Nancy Day, Trustee<br>P.O. Box 55<br>Howell, MI 48844-0055 | Newton & Associates<br>P.O. Box 8510<br>Metairie, LA 70011-8510 |
| Patrick Wyman<br>7892 Windfield<br>Brighton, MI 48116-1791 | Dennis L. Perkins<br>105 East Grand River<br>Howell, MI 48843-2251 | Richard T. Ponsetto Jr.<br>5080 W. Bristol Rd.<br>Suite 4<br>Flint, MI 48507-2923 |
| Randy's Service Station<br>8030 W. Mason Rd.<br>Fowlerville, MI 48836-8275 | (p)RUSSELL COLLECTION AGENCY<br>PO BOX 7009<br>FLINT MI 48507-0009 | SE Johnson Companies, Inc.<br>1345 Ford St.<br>P.O. Box 29A<br>Maumee, OH 43537-1732 |
| State of Michigan Dept. of Treasury<br>Collection Division<br>P.O. Box 30443<br>Lansing, MI 48909-7943 | Stone Transport Inc.<br>3495 Hack<br>Saginaw, MI 48601-9244 | Stoneco, Inc.<br>c/o D. Douglas McGaw<br>Attorney at Law<br>5455 Corporate Dr. Ste. 104<br>Troy, MI 48098-2620 |
| Sunoco Inc.<br>c/o Asset Acceptance Corp.<br>P.O. Box 2036<br>Warren, MI 48090-2036 | Samuel D. Sweet<br>P.O. Box 757<br>Ortonville, MI 48462-0757 | Samuel D. Sweet<br>Samuel D. Sweet, PLC<br>P.O. Box 757<br>Ortonville, MI 48462-0757 |
| Tanner and James, Inc.<br>32 W. Loockerman St. #205<br>Dover, DE 19904-7357 | The Marketeer<br>c/o George Moses<br>P.O. Box 686<br>Brighton, MI 48116-0686 | Michael E. Tindall (DISBARRED)<br>PO Box 46564<br>Mt. Clemens, MI 48046-6564 |

Woodland Medical Center
7575 Grand River
Brighton, MI 48114-9309

Christopher D Wyman
6241 Grand River Rd.
Brighton, MI 48114-7709

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Department of Treasury
Internal Revenue Service
P.O. Box 267
Stop 812
Covington, KY 41019

Russell Collection Agency
P.O. Box 7009
Flint, MI 48507-0009

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

JJ Marshall
6060 Collections Dr.
Utica, MI 48316-4946

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)James Evans

(u)Diana Gentry

(u)Brian Lauer

(u)Edward Linck

(u)Susan Linck

(u)Daniel M. McDermott

(d)Michael J. Olson
915 N. Michigan Ave.
Suite 6
Howell, MI 48843-3111

(u)Pichler

(u)Michael Tindall
P.O. Box 46564
Mount Clemens

(u)Michael E. Tindall

End of Label Matrix
Mailable recipients    61
Bypassed recipients    10
Total                  71