UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

IN RE:

CHRISTOPHER D. WYMAN,

      Debtor.
_____/

Case No. 12-32264-dof
Chapter 7 Proceeding
Hon. Daniel S. Opperman

ORDER REGARDING OPINION ON TRUSTEE'S MOTION TO
DECLARE SECURED CLAIM SATISFIED AND LIEN RELEASED

For the reasons stated in an Opinion of even date;

NOW, THEREFORE, IT IS HEREBY ORDERED that the parties shall have until January 24, 2020 to elect whether to allow the Chapter 7 Trustee, Samuel Sweet, to tender $27.18 to Barbara Duggan and her attorney, Michael Tindall, in full and complete satisfaction of Claim No. 1 filed in this action.

IT IS FURTHER ORDERED that in the event such an election is not made by January 24, 2020, then the Clerk of the Court is directed to open an adversary proceeding by docketing the Motion Deeming Claim No. 1 to be Satisfied at Docket No. 302 as the Complaint and the Joint Objection of Ms. Duggan and Mr. Tindall found at Docket No. 305 as the Answer, as well as including Docket Nos. 311 and 313 on behalf of Mr. Sweet and Ms. Duggan and Mr. Tindall, respectively.

IT IS FURTHER ORDERED that Mr. Sweet is granted leave to amend the pleadings filed in this adversary proceeding, to be filed no later than February 7, 2020.

IT IS FURTHER ORDERED that Ms. Duggan and Mr. Tindall are granted leave to amend the pleadings filed in this adversary proceeding, to be filed no later than February 28, 2020.

1

IT IS FURTHER ORDERED that the fee to open this adversary proceeding is deferred until further order of the Court.

**Signed on January 9, 2020**



/s/ Daniel S. Opperman

Daniel S. Opperman
United States Bankruptcy Judge