# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - FLINT

In re:

**CHRISTOPHER D. WYMAN,**

      **Debtor.**

_____/

Case No. 12-32264
Chapter: 7
Hon. D. S. OPPERMAN

## ALLOWED SECURED CREDITOR BARBARA DUGGAN'S ACKNOWLEDGEMENT OF ASSIGNMENT/TRANSFER REMAINDER OF ALLOWED SECURED CLAIM, CLAIM NO. 1 FILED NOVEMBER 25, 2014 AND TERMINATION OF APPEARANCE

Now Comes Allowed Secured Creditor, Barbara Duggan ("Duggan"), by and through her attorney, Bejjani Law PLLC, and hereby acknowledges the Assignment/transfer of the remainder of allowed secured claim, No. 1, dated November 25, 2014, as set forth in DE 318, to MICHAEL E. TINDALL as of January 16, 2020.

Having assigned all interest(s) in these proceedings, as set forth in DE 318, counsel's APPEARANCE in this matter is hereby terminated.

                    Respectfully Submitted,

                    **BEJJANI LAW PLLC**
                    /s/ *Elie Bejjani*
                    Elie Bejjani (P74626)
                    Attorney for Secured Creditor
                    6 Parklane Blvd, Suite 600
                    Dearborn, MI 48126
                    (313) 757-0036
                    elie@bejjanilaw.com

DATED: January 16, 2020

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - FLINT

In re:

| | |
|---|---|
| **CHRISTOPHER D. WYMAN,** | Case No. 12-32264 |
| | Chapter: 7 |
| Debtor. | Hon. D. S. OPPERMAN |
| _____ / | |

## Certificate of Service

The undersigned hereby certifies that a copy of the following:

*Allowed Secured Creditor Barbara Duggan's Acknowledgement of Assignment/Transfer Remainder of Allowed Secured Claim, Claim No. 1 Filed November 25, 2014 and Termination of Appearance* was electronically served using ECF Pacer filing system on January 16, 2020, upon:

Samuel D. Sweet (P48668)
Chapter 7 Trustee
PO Box 757
Ortonville, MI 48462-0757
ssweet@trusteesweet.us

NOTICE TO CREDITORS AND OTHER PARTIES OF INTEREST WAS SERVED ON ALL PARTIES LISTED ON THE ATTACHED COURT MATRIX.

**BEJJANI LAW PLLC**

/s/ *Elie Bejjani*

Elie Bejjani (P74626)
Attorney for Creditor
6 Parklane Blvd, Suite 600
Dearborn, MI 48126
(313) 757-0036
elie@bejjanilaw.com
