UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

IN RE:

    CHRISTOPHER D. WYMAN,

        Debtor.
_____/

Case No. 12-32264-dof
Chapter 7 Proceeding
Hon. Daniel S. Opperman

### ORDER REGARDING OPINION ON FIRST AND FINAL FEE APPLICATION OF ATTORNEY FOR TRUSTEE, SAMUEL D. SWEET

For the reasons set forth in an Opinion of even date,

NOW, THEREFORE, IT IS HEREBY ORDERED that Samuel D. Sweet has standing to request attorney fees and costs in this matter.

IT IS FURTHER ORDERED that Mr. Tindall shall have until February 14, 2020 to file additional objections to the Application for Compensation and Fees of Samuel D. Sweet.

**Signed on January 28, 2020**



/s/ Daniel S. Opperman
**Daniel S. Opperman
United States Bankruptcy Judge**

1