UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

IN RE:

    CHRISTOPHER D. WYMAN,

        Debtor.
_____/

Case No. 12-32264-dof
Chapter 7 Proceeding
Hon. Daniel S. Opperman

### ORDER AUTHORIZING FIRST AND FINAL FEE APPLICATION OF ATTORNEY FOR TRUSTEE, SAMUEL D. SWEET, PLC, FOR SERVICES RENDERED NOVEMBER 17, 2014 THROUGH OCTOBER 30, 2019, SPECIFICALLY RELATED TO REPRESENTING THE ESTATE ON CASES PENDING AT THE TIME OF MICHAEL TINDALL DISBARMENT

This matter having come before the Court on the First and Final Fee Application for Attorneys for Trustee, Samuel D. Sweet, PLC, for Services Rendered November 17, 2014 through October 30, 2019, Specifically Related to Representing the Estate on Cases Pending at the Time of Michael Tindall Disbarment in the amount of $22,356, the Application with attached Exhibits having been filed with the Court and a Notice having been served upon all parties pursuant to Rule 2002(a) of the Federal Rules of Bankruptcy Procedures, the Court having considered the Application and being fully advised in the premises;

For the reasons set forth in an Opinion of even date;

NOW, THEREFORE, IT IS HEREBY ORDERED that the attorney for the Trustee, Samuel D. Sweet, PLC, is hereby awarded fees of $21,800 and expenses of $181 in the total amount of $21,981 and that said fees and expenses may be made payable to the firm of Samuel D. Sweet, PLC.

**Signed on January 28, 2022**



/s/ Daniel S. Opperman
**Daniel S. Opperman
United States Bankruptcy Judge**

1