UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
CHRISTOPHER D. WYMAN
*Debtor(s),*

_____\

CASE NO. 12-32264
CHAPTER 7

## ORDER

This matter having come before this Court on Claimant's MOTION AND BRIEF TO VACATE DE 345 and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the MOTION TO VACATE DE 345 be and it hereby is GRANTED, with prejudice.