**IN RE WYMAN,      CASE NO: 12-32264**

**Debtor(s)**

# EXHIBIT NO: 2

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

Form B20A(Official Form 20A
09/97)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re:

**CHRISTOPHER D. WYMAN**

Chapter: 7

Case No.: 12-32264

_____ **Debtor(s)** _____ /

Judge: D. S. OPPERMAN

## NOTICE OF MOTION

Petitioner has filed papers with the court to: **CLAIMANT'S FRCP 60(d)(3) MOTION AND BRIEF TO VACATE DE 345**

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion or if you want the court to consider your views on the motion, within __14__ days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
111 1st St, Bay City, MI
BAY CITY, MI 48708-5601

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

**MICHAEL E. TINDALL 18530 MACK AVE., STE 430, DETROIT MI 48236**
**SAMUEL D. SWEET, TRUSTEE, PO BOX 757, ORTONVILLE MI 48462**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: __11/14/22__

Signature: /S/ MICHAEL E. TINDALL
Name: MICHAEL E. TINDALL, in pro per
Address: 18530 MACK AVE., STE 430
DETROIT, MI 48236
(248) 250-8819

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

Revised 06/07