## STATEMENT OF HOURS

Samuel D. Sweet        88.70 hours @ $250.00 = $22,175.00

TOTAL HOURS            88.70 hours

Color Key Re Alleged Services of Sweet

▬ (yellow) Service unrelated to case AND/OR non-compensable due to lack of order authorizing employment of Sweet under 11 USC 327

▬ (pink) Service performed AS Trustee required duties under 11 USC 704 Expressly prohibited by 11 USC 328(b).

# TIME AND BILLING
# TIME REPORT

Case No.: 12-32264-DSO
Case Name: WYMAN, CHRISTOPHER D
Start Date: 5/24/2012
End Date: 10/30/2019

Trustee Name
Samuel D. Sweet

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|

**Firm Name: SAMUEL D. SWEET, PLC**

**Project Category : Hearing**

Professional: SAMUEL D. SWEET

| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
|---|---|---|---|---|---|---|

01/24/2018: Attend hearing on bond release.

| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |

01/24/2018: Attend Hearing on Duggan as Plaintiff in cases.

| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |

01/16/2019: Attend hearing on Motion to Sell Property.

SAMUEL D. SWEET billable hours = 2.00 hours @ $250.00 totalling $500.00

| Project Category Hearing Total: | 2.00 | | | $500.00 |

**Project Category : Meeting**

Professional: SAMUEL D. SWEET

| | $250.00 | 0.60 | $150.00 | 0.60 | $150.00 | Billable |

10/11/2017: Attend status conference regarding disbarment of Tindall.

| | $250.00 | 1.60 | $400.00 | 1.60 | $400.00 | Billable |

02/22/2018: Meeting with Michael Tindall regarding case and various docs on file.

| | $250.00 | 2.00 | $500.00 | 2.00 | $500.00 | Billable |

05/29/2019: Attend closing on Jones Road property.

SAMUEL D. SWEET billable hours = 4.20 hours @ $250.00 totalling $1,050.00

| Project Category Meeting Total: | 4.20 | | | $1,050.00 |

**Project Category : Miscellaneous Bankruptcy Work**

Professional: SAMUEL D. SWEET

| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |

03/06/2018: Calculate amount needed to pay creditors in full.

| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |

04/12/2018: Estimate cost of repairs for property.

| | $250.00 | 0.30 | $75.00 | 0.30 | $75.00 | Billable |

07/05/2018: Obtain Order for Sale without objection.

| | $250.00 | 0.60 | $150.00 | 0.60 | $150.00 | Billable |

11/28/2018: Modify agreement and send to Gentry.

| | $250.00 | 0.30 | $75.00 | 0.30 | $75.00 | Billable |

12/11/2018: Modify Motion for Sale.

| | $250.00 | 0.30 | $75.00 | 0.30 | $75.00 | Billable |

03/13/2019: Obtain Order to Sell Property.

SAMUEL D. SWEET billable hours = 3.00 hours @ $250.00 totalling $750.00

| Project Category Miscellaneous Bankruptcy Work Total: | 3.00 | | | $750.00 |

**Project Category : Phone**

Professional: SAMUEL D. SWEET

| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |

07/20/2017: Conference with Attorney regarding disbarment of Mike Tindall.

| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |

10/11/2017: Conference with Barb Duggan regarding finding an attorney.

| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |

10/30/2017: Conference with Attorney regarding issues on case.

Case No.: 12-32264-DSO  
Case Name: WYMAN, CHRISTOPHER D  
Start Date: 5/24/2012  
End Date: 10/30/2019  

Trustee Name: Samuel D. Sweet

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 11/03/2017: Conference with K. Toll regarding bond issues. | | | | | | |
| | $250.00 | 1.50 | $375.00 | 1.50 | $375.00 | Billable |
| 11/08/2017: Various conferences with US Trustee's Office and Attorneys regarding what to do. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 01/27/2018: Conference with K.T. regarding settlement of this case. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 02/06/2018: Conference with Attorney regarding Gentry and needed deposition. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 02/07/2018: Conference with K.T. regarding settlement. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 02/22/2018: Conference with K.T. regarding changes to deed and order. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 03/09/2018: Conference with D. Gentry regarding potential settlement. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 03/28/2018: Conference with Gentry regarding settlement and sale. | | | | | | |
| | $250.00 | 0.60 | $150.00 | 0.60 | $150.00 | Billable |
| 05/02/2018: Conference with Gentry regarding settlement and sale price. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 05/24/2018: Conference with Gentry regarding terms of sale and financing. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 08/07/2018: Conference with Gentry regarding closing. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 09/04/2018: Conference with Gentry regarding closing issues. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 03/26/2019: Conference with Attorney for taxing authority. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 04/26/2019: Conference with Gentry regarding closing issues. | | | | | | |
| | $250.00 | 0.60 | $150.00 | 0.60 | $150.00 | Billable |
| 04/26/2019: Conference with title company regarding threat from Duggan to sue title company. | | | | | | |
| | $250.00 | 0.70 | $175.00 | 0.70 | $175.00 | Billable |
| 05/23/2019: Conference with title company and Gentry regarding closing issues. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 05/28/2019: Conference with Gentry regarding sale and closing on 5/29. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 05/28/2019: Conference with title company regarding closing and wire to Duggan. | | | | | | |

SAMUEL D. SWEET billable hours = 10.70 hours @ $250.00 totalling $2,675.00

| Project Category Phone Total: | 10.70 | | $2,675.00 | |

**Project Category : Preparation**

Professional: SAMUEL D. SWEET

| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
|---|---|---|---|---|---|---|
| 11/20/2017: Prepare response to Release of Bond Motion. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 01/28/2018: Prepare and forward offer to settle on case. | | | | | | |
| | $250.00 | 1.20 | $300.00 | 1.20 | $300.00 | Billable |
| 02/13/2018: Prepare Motion to Compel Turnover. | | | | | | |
| | $250.00 | 0.70 | $175.00 | 0.70 | $175.00 | Billable |
| 02/14/2018: Prepare Stip and Order to dismiss case. | | | | | | |
| | $250.00 | 0.80 | $200.00 | 0.80 | $200.00 | Billable |
| 02/14/2018: Prepare Deed to transfer property. | | | | | | |

# TIME AND BILLING
# TIME REPORT

Case No.: 12-32264-DSO
Case Name: WYMAN, CHRISTOPHER D
Start Date: 5/24/2012
End Date: 10/30/2019

Trustee Name
Samuel D. Sweet

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 02/22/2018: Modify deed and Order. | | | | | | |
| | $250.00 | 0.20 | $50.00 | 0.20 | $50.00 | Billable |
| 02/28/2018: File Order. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 03/13/2018: Modify Sale per terms. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 05/19/2018: Modify Purchase Agreement and send back. | | | | | | |
| | $250.00 | 1.50 | $375.00 | 1.50 | $375.00 | Billable |
| 06/07/2018: Prepare Motion to Sell Property. | | | | | | |
| | $250.00 | 1.50 | $375.00 | 1.50 | $375.00 | Billable |
| 10/03/2018: Prepare Amended Motion for Sale per issues on title. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 12/20/2018: Prepare Objection to Motion for Conditioned sale. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 12/20/2018: Prepare Objection to Response to Sale Motion. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 03/20/2019: Prepare Motion for Subordination of tax claims. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 05/29/2019: Prepare Report of Sale on Jones Road property. | | | | | | |

SAMUEL D. SWEET billable hours = 12.90 hours @ $250.00 totalling $3,225.00

Project Category Preparation Total: 12.90     $3,225.00

**Project Category : Review**

**Professional: SAMUEL D. SWEET**

| | RATE | TIME SPENT | TOTAL | BILLABLE TIME | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| | $250.00 | 1.60 | $400.00 | 1.60 | $400.00 | Billable |
| 07/20/2017: Review docs on disbarment issues. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 08/31/2017: Receive and review Order for Disbarment of Michael Tindall. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 09/22/2017: Receive and review Notice of Disbarment by State of Michigan. | | | | | | |
| | $250.00 | 0.30 | $75.00 | 0.30 | $75.00 | Billable |
| 09/22/2017: Receive and review Order and Request for Stay. | | | | | | |
| | $250.00 | 1.50 | $375.00 | 1.50 | $375.00 | Billable |
| 10/12/2017: Review various docs to try to figure out how to handle cases. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 10/13/2017: Receive and review Order to Show Cause to Barb Duggan. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 10/30/2017: Receive and review Order for Disbarment by Federal Court. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 11/03/2017: Review docs re: bond issues and research. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 11/03/2017: Receive and review request for concurrence in release of bond. | | | | | | |
| | $250.00 | 0.30 | $75.00 | 0.30 | $75.00 | Billable |
| 11/05/2017: Receive and review objection to Notice. | | | | | | |
| | $250.00 | 4.20 | $1,050.00 | 4.20 | $1,050.00 | Billable |
| 11/06/2017: Review full docket of case no. 12-32264 and various pleadings. | | | | | | |
| | $250.00 | 2.60 | $650.00 | 2.60 | $650.00 | Billable |
| 11/06/2017: Review full docket of case no. 12-3341 and various documents. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 11/06/2017: Receive and review Motion to Release Bond. | | | | | | |

Case No.: 12-32264-DSO  
Case Name: WYMAN, CHRISTOPHER D  
Start Date: 5/24/2012  
End Date: 10/30/2019  

Trustee Name  
Samuel D. Sweet  

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| | $250.00 | 2.00 | $500.00 | 2.00 | $500.00 | Billable |
| 11/07/2017: Review full docket of case 12-3340 in 09-36472 and various docs. | | | | | | |
| | $250.00 | 2.90 | $725.00 | 2.90 | $725.00 | Billable |
| 11/07/2017: Review full docket of case 12-3347 and 09-36472 and various docs. | | | | | | |
| | $250.00 | 2.70 | $675.00 | 2.70 | $675.00 | Billable |
| 11/07/2017: Review full docket of Pichler Adversary and various docs. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 11/13/2017: Review amended Order regarding fraud on court. | | | | | | |
| | $250.00 | 0.30 | $75.00 | 0.30 | $75.00 | Billable |
| 01/11/2018: Receive and review hearing notice for 1/24/18. | | | | | | |
| | $250.00 | 0.60 | $150.00 | 0.60 | $150.00 | Billable |
| 01/27/2018: Review docs on case and review issues on same. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 02/06/2018: Receive and review counter offer on case. | | | | | | |
| | $250.00 | 0.70 | $175.00 | 0.70 | $175.00 | Billable |
| 02/22/2018: Receive and review signed docs on case. | | | | | | |
| | $250.00 | 6.30 | $1,575.00 | 6.30 | $1,575.00 | Billable |
| 02/22/2018: Review all docs on file provided by Michael Tindall. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 02/26/2018: Receive and review signed docs. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 03/06/2018: Review claims on case regarding potential settlement. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 03/09/2018: Review docs on settlement. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 03/13/2018: Receive and review sale terms. | | | | | | |
| | $250.00 | 0.60 | $150.00 | 0.60 | $150.00 | Billable |
| 03/28/2018: Receive and review changes to agreement. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 04/12/2018: Receive and review house documents of Jones Road. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 04/12/2018: Receive and review offer to settle case by Gentry. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 04/16/2018: Receive and review docs on flood plain issues. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 05/17/2018: Receive and review purchase agreement and extra terms. | | | | | | |
| | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 05/24/2018: Review docs on financing. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 06/06/2018: Receive and review modified agreement on case. | | | | | | |
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 06/07/2018: Receive and review title work on Jones Road. | | | | | | |
| | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 07/12/2018: Receive and review email for Elie B. regarding Duggan claim. | | | | | | |
| | $250.00 | 1.40 | $350.00 | 1.40 | $350.00 | Billable |
| 09/04/2018: Review docs on case and closing issue. | | | | | | |
| | $250.00 | 0.60 | $150.00 | 0.60 | $150.00 | Billable |
| 11/28/2018: Receive and review amended title work. | | | | | | |
| | $250.00 | 0.80 | $200.00 | 0.80 | $200.00 | Billable |
| 11/28/2018: Receive and review amended offer and purchase agreement. | | | | | | |
| | $250.00 | 0.60 | $150.00 | 0.60 | $150.00 | Billable |

# TIME AND BILLING
# TIME REPORT

Case No.: 12-32264-DSO
Case Name: WYMAN, CHRISTOPHER D
Start Date: 5/24/2012
End Date: 10/30/2019

Trustee Name
Samuel D. Sweet

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| 12/18/2018: Receive and review objection by Tindall. | $250.00 | 0.60 | $150.00 | 0.60 | $150.00 | Billable |
| 12/18/2018: Receive and review objection by Benjani. | $250.00 | 0.80 | $200.00 | 0.80 | $200.00 | Billable |
| 12/18/2018: Receive and review Motion to Condition sale on payment of Duggan. | $250.00 | 0.40 | $100.00 | 0.40 | $100.00 | Billable |
| 04/12/2019: Review docs from Gentry regarding closing. | $250.00 | 1.50 | $375.00 | 1.50 | $375.00 | Billable |
| 05/23/2019: Receive and review title docs and closing statement. | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 05/23/2019: Review docs on Order in case and deed by Pichler. | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 05/28/2019: Review final closing statement and docs. | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 05/28/2019: Receive and review payoff on Duggan claim and wire instructions. | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| 05/28/2019: Receive and review addendum to Purchase Agreement requested by title company. | | | | | | |

SAMUEL D. SWEET billable hours = 50.90 hours @ $250.00 totalling $12,725.00

Project Category Review Total: 50.90    $12,725.00

**Project Category : Travel**
**Professional: SAMUEL D. SWEET**

| | RATE | TIME SPENT | TOTAL | BILLABLE TIME | BILLABLE TOTAL | STATUS |
|---|---|---|---|---|---|---|
| | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 10/11/2017: Travel to and from court regarding status conference. | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 01/29/2018: Travel to and from court on case. | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| 01/16/2019: Travel to and from Court for hearing. | $250.00 | 2.00 | $500.00 | 2.00 | $500.00 | Billable |
| 05/29/2019: Travel to and from closing on case. | | | | | | |

SAMUEL D. SWEET billable hours = 5.00 hours @ $250.00 totalling $1,250.00

Project Category Travel Total: 5.00    $1,250.00

SAMUEL D. SWEET billable hours = 88.70 hours totalling $22,175.00

Firm Name SAMUEL D. SWEET, PLC Total: 88.70    $22,175.00
TOTALS: 88.70   $22,175.00   88.70   $22,175.00