UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

    CHRISTOPHER D. WYMAN,
          Debtor.
_____/

Case No. 12-32264-dof
Chapter 7 Proceeding
Hon. Daniel S. Opperman

ORDER PARTIALLY GRANTING TRUSTEE'S MOTION
FIXING APPROVED FEES FOR SPECIAL COUNSEL
AND CLAIMANT'S 11 U.S.C. § 725 MOTION TO PAY ALLOWED SECURED LIEN

For the reasons stated in an Opinion of even date;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Trustee's Motion Fixing Approved Fees for Special Counsel and Claimant's 11 U.S.C. § 725 Motion to Pay Allowed Secured Lien are partially granted in that the attorney for the Trustee fees are set as $19,600.00 and expenses of $181.00 and are attributed to the sale of 1011 Jones Road, Howell, Michigan.

**Signed on January 6, 2023**



/s/ Daniel S. Opperman
**Daniel S. Opperman
United States Bankruptcy Judge**

1