UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re | Case No. 2:23−cv−10171−LJM−EAS |
| Christopher D. Wyman, | Hon. Laurie J. Michelson |
| | Magistrate Judge Elizabeth A. Stafford |

**NOTICE OF RECEIPT OF BANKRUPTCY APPEAL**

Pursuant to the Bankruptcy Rules, notice is hereby given that a Bankruptcy Appeal was received on 1/20/2023 and assigned the case number and judicial officers as noted above.

The bankruptcy court case number is 12−32264.

Dated: January 23, 2023

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/V. Lung
Deputy Clerk